FILED

09/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0150

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0150

_____

PAMELA JO POLEJEWSKI,

     Plaintiff and Appellant,

  v.

CASCADE COUNTY, JOHN and JANE DOE,

     Defendant and Appellee.

ORDER

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Pamela Jo Polejewski, to all counsel of record, and to the Honorable David J. Grubich, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2023